Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Green Box NA Green Bay, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-1055756** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **2077 B Lawrence Road** <br> **De Pere, WI 54115** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Brown** <br> County | **Location of principal assets, if different from principal place of business** <br> Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: |

Debtor **Green Box NA Green Bay, LLC**
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship |
|---|---|---|---|
| | District | When | Case number, if known |

Debtor **Green Box NA Green Bay, LLC**　　　　　　　　　　Case number (*if known*)
　　　　　Name

**11. Why is the case filed in *this district?*** 　*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?** _____
　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.　Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**　　.　*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Green Box NA Green Bay, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 27, 2016**
MM / DD / YYYY

X **/s/ Ronald Van Den Heuvel**          **Ronald Van Den Heuvel**
Signature of authorized representative of debtor     Printed name

Title  **Manager**

---

**18. Signature of attorney**

X **/s/ Paul G. Swanson**          Date **April 27, 2016**
Signature of attorney for debtor            MM / DD / YYYY

**Paul G. Swanson**
Printed name

**Steinhilber, Swanson, Mares, Marone & McDermott**
Firm name

**107 Church Avenue**
**PO Box 617**
**Oshkosh, WI 54903-0617**
Number, Street, City, State & ZIP Code

Contact phone  **920-235-6690**     Email address

Bar number and State

Fill in this information to identify the case:
Debtor name: **Green Box NA Green Bay, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Anthem BCVS WI Group<br>PO Box 105163<br>Atlanta, GA 30348-5163 | | | Unliquidated | | | $21,099.47 |
| Anthem BCVS WI Group<br>PO Box 105163<br>Atlanta, GA 30348-5163 | | | Unliquidated | | | $17,496.72 |
| Anthem BCVS WI Group<br>PO Box 105163<br>Atlanta, GA 30348-5163 | | | Unliquidated | | | $16,755.78 |
| Anthem BCVS WI Group<br>PO Box 105163<br>Atlanta, GA 30348-5163 | | | Unliquidated | | | $13,165.72 |
| Attorney John R. Petitjean<br>125 S. Jefferson S, Suite 101<br>PO Box 1626<br>Green Bay, WI 54305-1626 | | Legal Services | Unliquidated | | | $0.00 |
| Attorney Michael Polsky<br>Two Plaza East, Suite 1085<br>330 East Kilbourn Avenue<br>Milwaukee, WI 53202 | | Receiver Legal Fees | Unliquidated | | | $65,000.00 |

| Debtor | Green Box NA Green Bay, LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Baisch Engineering, Inc.<br>809 Hyland Avenue<br>Kaukauna, WI 54130 | | | Unliquidated | | | $65,000.00 |
| E3 Consulting<br>221 Scenic Ridge Court<br>Colgate, WI 53017 | | | Unliquidated | | | $92,000.00 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | payroll taxes | | | | $0.00 |
| Mackinac Environmental Technology, Inc.<br>300 Ferry Lane<br>Saint Ignace, MI 49781 | | | Unliquidated | | | $14,190.00 |
| Steve Smith<br>55 East Erie Street, Unit 2304<br>Chicago, IL 60611 | | | Unliquidated | | | $359,778.51 |
| Temployment<br>336 S Jefferson Street<br>Green Bay, WI 54305 | | | Unliquidated | | | $79,356.00 |
| Temployment<br>336 S Jefferson Street<br>Green Bay, WI 54305 | | | Unliquidated | | | $1,271.25 |
| Temployment<br>336 S Jefferson Street<br>Green Bay, WI 54305 | | | Unliquidated | | | $708.75 |
| Varde Partners, Inc.<br>8500 Normandale Lake Blvd<br>Minneapolis, MN 55437 | | | Unliquidated<br>Disputed | Unknown | Unknown | Unknown |

Ability Insurance Company
One City Center
Portland, ME 04101

Advanced Resource Materials, LLC
7320 McGinnis Ferry Road
Suwanee, GA 30024

Anthem BCVS WI Group
PO Box 105163
Atlanta, GA 30348-5163

Attorney Brian Thill
Murphy Desmond, SC
33 East Main St. Suite 500
Madison, WI 53703

Attorney Brittany S. Ogden
Quarles & Brady, LLP
33 E Main St #500
Madison, WI 53703

Attorney C.J. Murray
Counsel for Michael Polsky
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, WI 53202

Attorney John R. Petitjean
125 S. Jefferson S, Suite 101
PO Box 1626
Green Bay, WI 54305-1626

Attorney Jonathan Smies
Godfrey Kahn, SC
200 South Washington Street, Suite 100
Green Bay, WI 54301

Attorney Michael Polsky
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, WI 53202

Attorney Steven Krueger
Law Firm of Conway, Olejniczak & Jerry,
231 South Adams Street
Green Bay, WI 54301

Baisch Engineering, Inc.
809 Hyland Avenue
Kaukauna, WI 54130

Brown County Treasurer
P.O. Box 23600
Green Bay, WI 54305

Cliffton Equities, Inc.
7200 Hutchison, Ste 100
Monteal QU H3N 1Z2

E3 Consulting
221 Scenic Ridge Court
Colgate, WI 53017

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Mackinac Environmental Technology, Inc.
300 Ferry Lane
Saint Ignace, MI 49781

Marco A. Araujo
2595 Development Dr, Ste 150
Green Bay, WI 54311

Steve Smith
55 East Erie Street, Unit 2304
Chicago, IL 60611

Temployment
336 S Jefferson Street
Green Bay, WI 54305

Varde Partners, Inc.
8500 Normandale Lake Blvd
Minneapolis, MN 55437

Wisconsin Economic Development Corp.
201 W Washington Avenue
Madison, WI 53703

In re **Green Box NA Green Bay, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Green Box NA Green Bay, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**EARTH, LLC**  
**2077B Lawrence Drive**  
**De Pere, WI 54115**

☐ None [*Check if applicable*]

**April 27, 2016**  
Date

**/s/ Paul G. Swanson**  
**Paul G. Swanson**  
Signature of Attorney or Litigant  
Counsel for **Green Box NA Green Bay, LLC**  
**Steinhilber, Swanson, Mares, Marone & McDermott**  
**107 Church Avenue**  
**PO Box 617**  
**Oshkosh, WI 54903-0617**  
**920-235-6690 Fax:920-426-5530**