# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **Green Box NA Green Bay, LLC**　　　　　Case No.
　　　　　　　　　　　　　Debtor(s)　　　　　　Chapter　**11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Green Box NA Green Bay, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**EARTH, LLC**
**2077B Lawrence Drive**
**De Pere, WI 54115**

☐ None [*Check if applicable*]

**April 27, 2016**　　　　　　　　　　　　　　/s/ Paul G. Swanson
Date　　　　　　　　　　　　　　　　　　　　**Paul G. Swanson**
　　　　　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　　　　　Counsel for **Green Box NA Green Bay, LLC**
　　　　　　　　　　　　　　　　　　　　　　**Steinhilber, Swanson, Mares, Marone & McDermott**
　　　　　　　　　　　　　　　　　　　　　　**107 Church Avenue**
　　　　　　　　　　　　　　　　　　　　　　**PO Box 617**
　　　　　　　　　　　　　　　　　　　　　　**Oshkosh, WI 54903-0617**
　　　　　　　　　　　　　　　　　　　　　　**920-235-6690 Fax:920-426-5530**