## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■   Amended *Schedule*   **- Petition, List of Equity Security**
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■   Other document that requires a declaration   **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 10, 2016**     X **/s/ Stephen Smith**
                                   Signature of individual signing on behalf of debtor

                                   **Stephen Smith**
                                   Printed name

                                   **Manager**
                                   Position or relationship to debtor

Debtor name    **Green Box NA Green Bay, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number (if known)    **16-24179**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                           12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................... $     **5,000,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................ $     **4,211,200.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................. $     **9,211,200.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     **26,303,322.18**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$     **386,043.69**

4.    **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b

$     **26,689,365.87**

Fill in this information to identify the case:

Debtor name    **Green Box NA Green Bay, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number (if known)    **16-24179**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    note: debtors bank account at Baylake Bank was closed at the time receiver was appointed (June 2015) by the bank. DIP account will be established shortly. | | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | | $0.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1.    note: debtor has prepaid its insurance covering all property and business liability with Ability as a covered entity as its interest appears. | Unknown |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

9.  **Total of Part 2.**                                                    $0.00

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 25,200.00 | - | 0.00 | = .... | $25,200.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | Unknown |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 1,386,000.00 | - | 0.00 | =.... | $1,386,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**                                                    $1,411,200.00

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                    % of ownership
       **Debtor owns 50% of GB-ARM, LLC which is a joint venture with ARM, LLC.  The latter furnished funds to complete the second Kool unit when Clifton declined to advance further funds pursuant to a loan agreement with the debtor.  The unit is in South Carolina at an ARM, LLC facility and the joint venture requires a split of profits after the costs advanced to complete the unit are**

| 15.1. | **recovered.** | 50 | % | N/A | Unknown |
|---|---|---|---|---|---|

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**                                                    $0.00

Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **debtor owns some inventory of tires used in recycling - no value. No other inventory.** | | **$0.00** | | **$0.00** |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                                  **$0.00**

       Add lines 19 through 22. Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **possible minimal office furniture.** | **Unknown** | | **Unknown** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**

communication systems equipment and software
debtors computers and books and records
were seized by the Brown County Sherriff
pursuant to a search warrant in July 2015 and
have not been returned.                    $0.00                                    $0.00

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
    books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
    collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                $0.00
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| sorting line  - set up at 927 Parkview, DePere,<br>WI | Unknown | Recent cost | $600,000.00 |
| second sorting line | $600,000.00 | Replacement | $600,000.00 |
| P. C. Kool Unit used in tire recycling w/<br>apparatus - located at American Blvd. facility,<br>Afterdryers (unassembled w/ frames and<br>parts) - located at Parkview warehouse, set up<br>sorting line, pellet line located at 500 Fortune<br>Ave., DePere, WI (value in use is estimated to<br>be $1,200,000 but scrap would be a fraction of<br>that) | Unknown | N/A | $1,200,000.00 |

| | | | |
|---|---|---|---|
| **Security system, air compression system, vaccuum system, HVAC system, fire protection system, electirical distribution system (may be affixed to the building)** | **Unknown** | Recent cost | **Unknown** |
| **2 sets of afterdryers w/ frames and parts - located at Parkview warehouse - value as scrap is $200,000 each but if in place in a tissue manufacturing system as intended, they would be worth significantly more. These were bought to assemble into the debtors manufacturing line.** | **$0.00** | N/A | **$400,000.00** |

| | |
|---|---|
| 51. | **Total of Part 8.** |
| | Add lines 47 through 50. Copy the total to line 87. |

| |
|---|
| **$2,800,000.00** |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2107 American Blvd., DePere, WI - 185,00 sq. ft. w/ offices. Used for manufacturing and storage. Value is based on likely net rental rates/net operating income capitalized. Rental rates are reflective of current market. estmated value is $5,000,000.00 in debtors principals estimation.** | Fee simple | **Unknown** | Revenue based | **$5,000,000.00** |

56.   **Total of Part 9.**                                                          | **$5,000,000.00** |

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.  **Patents, copyrights, trademarks, and trade secrets** Debtor appears to have the non-exclusive rights to use certain patents owned by Ron Van Den Heuvel or a controlled entity but has been advised that the IP license fee was never paid, nor for that matter liquidated.  Debtor is negotiating this isuue. IP is essential to operation of the business. | $0.00 | | Unknown |

61.   **Internet domain names and websites**

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**                                                         | **$0.00** |

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Debtor believes it has a cause of action against WSI (Warehouse owner of Parkside warehouse) for damages sustained in a fire last year.  Debtor advised the owner prior to the incident that certain light fixtures were not to code and posed a fire hazard.  A fixture did indeed burst, causing as fire that did extensive damages to tenants property (debtor subleased portions of the warehouse). $1.3 million was believed paid by debtors insurance company to tenants for damages sustained. Debtor had no business interruption coverage and had a $200,000 deductible. Debtor estimates damages to be approx. $448,000**

| Nature of claim | **potential suit based on negligence** | |
|---|---|---|
| Amount requested | **$0.00** | Unknown |

**As disclosed herein, debtors records and computers were seized by the Brown County Sherriff pursuant to a search warrant.  Debtor's principals have reviewed the affidavits which formed the basis for the warrant and they are deliberately and knowingly false.  Debtor believes there is a cause of action against the individuals who made such false statements.  Debtors business has been severely harmed by this incident.**

| Nature of claim | **tort or negligent misrepresentation** | |
|---|---|---|
| Amount requested | **$0.00** | Unknown |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| | $0.00 |
|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,411,200.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,800,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................> | | $5,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,211,200.00 | + 91b. $5,000,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $9,211,200.00 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

| **2.1** | **Ability Insurance Company** | Describe debtor's property that is subject to a lien | **$9,000,000.00** | **$5,000,000.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**2107 American Blvd., DePere, WI - 185,00 sq. ft. w/ offices. Used for manufacturing and storage. Value is based on likely net rental rates/net operating income capitalized. Rental rates are reflective of current market. estmated value is**

**One City Center**
**Portland, ME 04101**

Creditor's mailing address

Describe the lien
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/2013**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Ability Insurance Company**
**2. Wisconsin Economic Development Corp.**

| **2.2** | **Ability Insurance Company** | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |
| --- | --- | --- | --- | --- |

Creditor's Name

**Security system, air compression system, vaccum system, HVAC system, fire protection system, electrical distribution system (may be affixed to the building)**

**One City Center**
**Portland, ME 04101**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

| 2.3 | **Advanced Resource Materials, LLC** | Describe debtor's property that is subject to a lien | $200,000.00 | Unknown |
| --- | --- | --- | --- | --- |

Creditor's Name

**A/K/A Crossgate Partners, LLC**
**7320 McGinnis Ferry Rd.**
**Suwanee, GA 30024**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Kool Unit for which creditor contributed money to complete - joint venture agreement**

**Describe the lien**
**possessory**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2014**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

| 2.4 | **Brown County Treasurer** | Describe debtor's property that is subject to a lien | $12,801.80 | $12,801.80 |
| --- | --- | --- | --- | --- |

Creditor's Name

**P.O. Box 23600**
**Green Bay, WI 54305**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Personal Property taxes**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**1/1/2014**

**Last 4 digits of account number**
**PERS**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 | **Brown County Treasurer** | Describe debtor's property that is subject to a lien | $130,943.14 | $130,943.14 |
| --- | --- | --- | --- | --- |

| | |
|---|---|
| Creditor's Name | **Property taxes** |
| **P.O. Box 23600** | |
| **Green Bay, WI 54305** | |
| Creditor's mailing address | **Describe the lien** |

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/1/2015**

**Last 4 digits of account number**
**2015**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **Brown County Treasurer** | Describe debtor's property that is subject to a lien | $159,577.24 | $159,577.24 |
|---|---|---|---|---|
| | Creditor's Name | **Property taxes** | | |
| | **P.O. Box 23600** | | | |
| | **Green Bay, WI 54305** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/1/2014**

**Last 4 digits of account number**
**2014**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **Cliffton Equities, Inc.** | Describe debtor's property that is subject to a lien | $3,200,000.00 | $1,200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **P. C. Kool Unit used in tire recycling w/ apparatus - located at American Blvd. facility, Afterdryers (unassembled w/ frames and parts) - located at Parkview warehouse, set up sorting line, pellet line located at 500 Fortune Ave., DePere, W** | | |
| | **7200 Rue Hutchison, Ste 100** | | | |
| | **Monteal QU H3N 1Z2** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Purchase and non- Purchase Money Security Interest** | | |

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/2012**

---

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **Glenarbor LLC** | Describe debtor's property that is subject to a lien | **$4,700,000.00** | **$600,000.00** |
|---|---|---|---|---|

Creditor's Name

**55 East Erie Street, Unit 2304**
**Chicago, IL 60611**
Creditor's mailing address

**second sorting line**

**Describe the lien**
**GBSA and other non-debtor collateral**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**2014-2016**
Last 4 digits of account number

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **Marco A. Araujo** | Describe debtor's property that is subject to a lien | **$800,000.00** | **$600,000.00** |
|---|---|---|---|---|

Creditor's Name

**2595 Development Dr, Ste 150**
**Green Bay, WI 54311**
Creditor's mailing address

**sorting line  - set up at 927 Parkview, DePere, WI**

**Describe the lien**
**Non-purchase money security interest**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**4/2011**
Last 4 digits of account number

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.10 | **Paper Holdco, LLC** | Describe debtor's property that is subject to a lien | **$7,000,000.00** | **$400,000.00** |
|---|---|---|---|---|

---

| Creditor's Name | 2 sets of afterdryers w/ frames and parts - located at Parkview warehouse - value as scrap is $200,000 each but if in place in a tissue manufacturing system as intended, they would be worth significantly more. These were bought to assemble |
|---|---|

**a/k/a Varde**
**160 Greenwood Dr. Ste 101**
**Dover, DE 19904**

Creditor's mailing address

**Describe the lien**
**May be subordinated/NPMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/2013**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Wisconsin Economic Development Corp.** | Describe debtor's property that is subject to a lien | $1,100,000.00 | $5,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**201 W Washington Avenue**
**Madison, WI 53703**

Creditor's mailing address

**2107 American Blvd., DePere, WI - 185,00 sq. ft. w/ offices. Used for manufacturing and storage. Value is based on likely net rental rates/net operating income capitalized. Rental rates are reflective of current market. estmated value is**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/2011**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $26,303,322.18 |
|---|---|---|

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Brian Thill**<br>**Attorney at Law**<br>**P. O. 2038**<br>**Madison, WI 53701** | Line __2.11__ | |
| **Brittany Ogden**<br>**Attornet at Law**<br>**P. O. Box 2113**<br>**Madison, WI 53701** | Line __2.7__ | |
| **Jonathan Smies**<br>**Attorney at Law**<br>**200 S. Washington St. Ste. 100**<br>**Green Bay, WI 54301** | Line __2.9__ | |
| **Michelle McKinnon**<br>**Attorney at Law**<br>**P. O. Box 54305-2300**<br>**Green Bay, WI 54305-3200** | Line __2.1__ | |

## Fill in this information to identify the case:

Debtor name **Green Box NA Green Bay, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) **16-24179**

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **Unknown** | **$0.00** |

| | |
|---|---|
| Date or dates debt was incurred<br>**2016** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Basis for the claim:<br>**payroll taxes**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Anthem BCVS WI Group**<br>**PO Box 105163**<br>**Atlanta, GA 30348-5163**<br>Date(s) debt was incurred  **6/1/2015**<br>Last 4 digits of account number  **15AO** | **$13,165.72** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

|  |  | |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**Anthem BCVS WI Group**<br>**PO Box 105163**<br>**Atlanta, GA 30348-5163**<br>Date(s) debt was incurred  **6/1/2015**<br>Last 4 digits of account number  **15OD** | **$21,099.47** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,496.72 |
| --- | --- | --- | --- |
| | **Anthem BCVS WI Group**<br>**PO Box 105163**<br>**Atlanta, GA 30348-5163** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  05/01/2015 | Basis for the claim: _ | |
| | Last 4 digits of account number  15AO | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,755.78 |
| --- | --- | --- | --- |
| | **Anthem BCVS WI Group**<br>**PO Box 105163**<br>**Atlanta, GA 30348-5163** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  05/01/2015 | Basis for the claim: _ | |
| | Last 4 digits of account number  15OD | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Attorney John R. Petitjean**<br>**125 S. Jefferson S, Suite 101**<br>**PO Box 1626**<br>**Green Bay, WI 54305-1626** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2015-2016 | Basis for the claim:  Legal Services | |
| | Last 4 digits of account number  GreenBox | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,000.00 |
| --- | --- | --- | --- |
| | **Attorney Michael Polsky**<br>**Two Plaza East, Suite 1085**<br>**330 East Kilbourn Avenue**<br>**Milwaukee, WI 53202** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2015-2016 | Basis for the claim:  Receiver Legal Fees | |
| | Last 4 digits of account number  Green Box | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,000.00 |
| --- | --- | --- | --- |
| | **Baisch Engineering, Inc.**<br>**809 Hyland Avenue**<br>**Kaukauna, WI 54130** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92,000.00 |
| --- | --- | --- | --- |
| | **E3 Consulting**<br>**221 Scenic Ridge Court**<br>**Colgate, WI 53017** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | **Little Rapids Corporation**<br>**Attn: Ron Thiry**<br>**2273 Larsen Rd.**<br>**Green Bay, WI 54303** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  2014 - 2016 | Basis for the claim:  possible lease arrearages | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No  ■ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,190.00 |
|------|---|---|---|

**Mackinac Environmental Technology, Inc.**
**300 Ferry Lane**
**Saint Ignace, MI 49781**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,271.25 |
|------|---|---|---|

**Temploment**
**336 S Jefferson Street**
**Green Bay, WI 54305**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/24/2014**

Last 4 digits of account number  **1424**

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $708.75 |
|------|---|---|---|

**Temploment**
**336 S Jefferson Street**
**Green Bay, WI 54305**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/17/2014**

Last 4 digits of account number  **1404**

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79,356.00 |
|------|---|---|---|

**Temploment**
**336 S Jefferson Street**
**Green Bay, WI 54305**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Attorney C.J. Murray**<br>**Counsel for Michael Polsky**<br>**Two Plaza East, Suite 1085**<br>**330 East Kilbourn Avenue**<br>**Milwaukee, WI 53202** | Line  **3.6**<br><br>☐ Not listed. Explain ___ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ 386,043.69 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 386,043.69 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest | **Glenarbor took an assignment of the Utica Leaseco, LLC equipment lease between it and the debtor as Utica was not being paid, the equipment was essential to the overall business operations and Utica was about to terminate the lease and take the equipment. The debtor has had no income and payments under the lease, which is for converting equipment, are being made by ECOHUB, LLC a related company. Equipment is used in the operation of Patriot Tissue, LLC.** | |
| State the term remaining | **n/a** | |
| List the contract number of any government contract | | **Glenarbor Equipment, LLC**<br>**55 E. Eire St. Ste. 2304**<br>**Chicago, IL 60611** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **debtor has substantial property in this warehouse and believes the receiver improperly terminated the lease. Claim exists against either LRCorp or WSI, the owner. Also, no accounting of past due rent, offset for labor performed by debtor for LRCorp. Debtor admits the lease is substantially in default.** | |
|---|---|---|---|
| | State the term remaining | **terminated by receiver 4/25/16** | **Little Rapids Corporation** |
| | List the contract number of any government contract | | **attn: Ron Thiry** |
| | | | **2273 Larsen Rd.** |
| | | | **Green Bay, WI 54303** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Holdover month to month lease for 2107 American Dr., DePere, WI $74,000 mo.** | |
|---|---|---|---|
| | State the term remaining | **at will** | **Patriot Tissue, LLC** |
| | List the contract number of any government contract | | **2107 American Blvd.** |
| | | | **De Pere, WI 54115** |

# Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **EARTH (Environmental Advanced Research T** | **2077 B Lawrence Dr.** <br> **De Pere, WI 54115** | **Cliffton Equities, Inc.** | ■ D   **2.7** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **EARTH (Environmental Advanced Research T** | **2077 B Lawrence Dr.** <br> **De Pere, WI 54115** | **Paper Holdco, LLC** | ■ D   **2.10** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Ron Van Den Heuvel** | **2077B Lawrence** <br> **De Pere, WI 54115** | **Ability Insurance Company** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Ron Van Den Heuvel** | **2077B Lawrence** <br> **De Pere, WI 54115** | **Paper Holdco, LLC** | ■ D   **2.10** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Ron Van Den Heuvel** | **2077B Lawrence** <br> **De Pere, WI 54115** | **Wisconsin Economic Development Corp.** | ■ D   **2.11** <br> ☐ E/F _____ <br> ☐ G _____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Green Box NA Green Bay, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN |
| Case number (if known) | **16-24179** |

☐ Check if this is an amended filing

<u>Official Form 207</u>

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>■ Other **Rental Income - Receivable** | **$360,000.00** |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ☐ Operating a business<br>■ Other **Rental Income subleases** | **$66,660.00** |
   | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business **marketed & sold reclaimed fiber, leased labor**<br>■ Other | **Unknown** |
   | **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business **marketed & sold reclaimed fiber, leased labor**<br>■ Other | **Unknown** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Ron Van Den Heuvel 2077B Lawrence Dr. De Pere, WI 54115 Member** | **Various payments of rent from subtenants - used the funds to pay labor, insurance and materials** | **Unknown** | **Note: After receiver was appointed (6/2/15), all employees were transferred to Patriot. Prior to that, debtor provided employees to Patriot for its operations.** |

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Utica Leasing LLC 44225 Utica Rd. Utica, MI 48317** | **lease of equipment used in converting operation - relinquished by debtor and assumed by Patriot Tissue after receiver appointed. Receiver would not operate business and did not have ability to continue lease payments. Lease essential to overall business plan.** | **6/2/15** | **Unknown** |
| **Little Rapids Corporation Attn: Ron Thiry 2273 Larsen Rd. Green Bay, WI 54303** | **warehouse sublease terminated by receiver just prior to filing. Located at 821 Parkview Rd., DePere, WI** | **4/25/16** | **Unknown** |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:   Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Ability Insurance v. Debtor et al.**<br>**2015-CV-474** | **Receivership (Chapter 128)** | **Brown County Circuit Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Execution of Search Warrant and seizure of books and records. Occurred on 7/2/15. Debtor has moved for the return of the documents. Still being held.**<br>**n/a - no charges filed** | **unknown** | **Brown County District Attorney** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address<br>**See above** | Describe the property<br>**Receiver, Michael Polsky, does not have any property in his hands to the best of debtors knowledge.** | Value<br><br>**$0.00** |
|---|---|---|
| | Case title | Court name and address |
| | Case number | |
| | Date of order or assignment | |

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Various small contributions** | **nominal contributions to local charities - Shriners Childrens Hospitals, Police Benevolent, etc.** | **various** | **Unknown** |
| | Recipients relationship to debtor<br>**none** | | | |

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Light fixture in warehouse located at Parkview Drive exploded causing a fire which did extensive damage to sub-tenants property and also resulted in sub tenents not paying rent.  Lost rent was $228,000 to debtor and debtor had to pay a $200,000 deductible** | **none directly** | **August 2014** | **$428,000.00** |

---

**Part 6:**   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Steinhilber, Swanson, Mares, Marone & Mc 107 Church Avenue PO Box 617 Oshkosh, WI 54903-0617** | **Note: complete disclosures contained in Application to Hire General Counsel on the docket herein.** | **Just prior to filing** | **$40,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **EcoHub Wisconsin, LLC - related entity** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|
|         |                            |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|-----------------------------------------------------------------------------------|----------------------------------------------------------------------------|
|                           |                                                                                   |                                                                            |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|----------------------------------------|----------------------------------|--------------------------------|-------------------------------------------------------|------------------------------------------|
| 18.1. | **Baylake Bank** **217 N. 4th Ave.** **Sturgeon Bay, WI 54235** | **XXXX-8881** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **Closed when receiver was appointed** | **Unknown** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Parview Warehouse/Fortune Ave. Warehouse** | **Debtor - although Parkview has been terminated even though substantial issues remain on each side** | **See disclosures herein** | ☐ No ■ Yes |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Brown County Sherriff** | **Sherriff siezed all books and records in July 2015 and they have not been returned.  Since debtor was under a receivership since that time, few records exist outside those seized.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Michael Polsky, receiver**<br>**c/o Silverman Consulting**<br>**5750 Old Orchard Rd.**<br>**Skokie, IL 60077** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **See attached revised schedule** | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Ron Van Den Heuvel** | **2077B Lawrence Dr. De Pere, WI 54115** | **Manager - controls largest number of ownership units** | **Resigned as manager April 22, 2016 after executing the documents to file this case.** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

| **Part 14:** | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 10, 2016**

**/s/ Stephen Smith**                                            **Stephen Smith**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **Green Box NA Green Bay, LLC**            Case No.    **16-24179**

                           Debtor(s)                Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **AKS Green, LLC**<br>**55 East Erie Street**<br>**Suite 2304**<br>**Chicago, IL 60611** | | **750,000** | **Membership Units** |
| **Badgerland Demolition & Earthwork**<br>**1414 Builders Court**<br>**De Pere, WI 54115** | | **200,000** | **Membership Units** |
| **Cliffton Equities, Inc.**<br>**7200 Rue Hutchinson, Suite 100**<br>**Monteal QU H3N 1Z2** | | **3,000,000** | **Membership Units** |
| **Dan Platkowski**<br>**2107 American Blvd.**<br>**De Pere, WI 54115** | | **800,000** | **Membership Units** |
| **Dr. Ed Lin**<br>**1839 Schering Road**<br>**De Pere, WI 54115** | | **200,000** | **Membership Units** |
| **Dr. Marco Araujo**<br>**2595 Development Dr, Ste 150**<br>**Green Bay, WI 54311** | | **600,000** | **Membership Units** |
| **EARTH, LLC**<br>**2077B Lawrence Drive**<br>**De Pere, WI 54115** | | **79,000,000** | **Membership Units** |
| **Glen Arbor, LLC**<br>**55 East Erie**<br>**Suite 2304**<br>**Chicago, IL 60611** | | **3,000,000** | **Membership Units** |
| **KYHK, LLC**<br>**2303 Lost Dauphin Road**<br>**De Pere, WI 54115** | | **2,000,000** | **Membership Units** |
| **L S Equities, LP**<br>**26 The Point**<br>**Coronado, CA 92118** | | **3,000,000** | **Membership Units** |
| **Pedro Fernandez**<br>**11211 Prosperity Farms Road**<br>**Suite 303 C**<br>**Palm Beach Gardens, FL 33410** | | **1,000,000** | **Membership Units** |

Sheet 1 of 2 in List of Equity Security Holders

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **RVDH Dvlpmnt, LLC**<br>**2077B Lawrence Drive**<br>**De Pere, WI 54115** | | **6,350,000** | **Membership Units** |
| **Steve Huntington**<br>**6326 Arabian Way**<br>**Two Rivers, WI 54241** | | **100,000** | **Membership Units** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  __May 10, 2016__                                    Signature __/s/ Stephen Smith__
                                                                              __Stephen Smith__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **Green Box NA Green Bay, LLC**

Debtor(s)

Case No. **16-24179**

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 40,000.00 |
| Prior to the filing of this statement I have received | $ | 40,000.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor  ■ Other (specify): **The amount listed above is a retainer and will be charged for services rendered at the point of filing, thereafter, balance subject to application and Court Approval. Fee came from ECOHUB Wisconsin, LLC - see application to hire counsel on docket.**

3. The source of compensation to be paid to me is:

   ■ Debtor  ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Advice on duties and obligations as Debtor; Necessary creditor, court and Trustee contacts**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Services requiring special expertise not available in-house.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 10, 2016**

*Date*

/s/ Paul G. Swanson

**Paul G. Swanson**
*Signature of Attorney*
**Steinhilber, Swanson, Mares, Marone & McDermott**
**107 Church Avenue**
**PO Box 617**
**Oshkosh, WI 54903-0617**
**920-235-6690  Fax: 920-426-5530**
*Name of law firm*

---

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **Green Box NA Green Bay, LLC**        Case No.    **16-24179**

Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **AKS Green, LLC**<br>**55 East Erie Street**<br>**Suite 2304**<br>**Chicago, IL 60611** | | **750,000** | **Membership Units** |
| **Badgerland Demolition & Earthwork**<br>**1414 Builders Court**<br>**De Pere, WI 54115** | | **200,000** | **Membership Units** |
| **Cliffton Equities, Inc.**<br>**7200 Rue Hutchinson, Suite 100**<br>**Monteal QU H3N 1Z2** | | **3,000,000** | **Membership Units** |
| **Dan Platkowski**<br>**2107 American Blvd.**<br>**De Pere, WI 54115** | | **800,000** | **Membership Units** |
| **Dr. Ed Lin**<br>**1839 Schering Road**<br>**De Pere, WI 54115** | | **200,000** | **Membership Units** |
| **Dr. Marco Araujo**<br>**2595 Development Dr, Ste 150**<br>**Green Bay, WI 54311** | | **600,000** | **Membership Units** |
| **EARTH, LLC**<br>**2077B Lawrence Drive**<br>**De Pere, WI 54115** | | **79,000,000** | **Membership Units** |
| **Glen Arbor, LLC**<br>**55 East Erie**<br>**Suite 2304**<br>**Chicago, IL 60611** | | **3,000,000** | **Membership Units** |
| **KYHK, LLC**<br>**2303 Lost Dauphin Road**<br>**De Pere, WI 54115** | | **2,000,000** | **Membership Units** |
| **L S Equities, LP**<br>**26 The Point**<br>**Coronado, CA 92118** | | **3,000,000** | **Membership Units** |
| **Pedro Fernandez**<br>**11211 Prosperity Farms Road**<br>**Suite 303 C**<br>**Palm Beach Gardens, FL 33410** | | **1,000,000** | **Membership Units** |

Sheet 1 of 2 in List of Equity Security Holders

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# LIST OF EQUITY SECURITY HOLDERS

### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **RVDH Dvlpmnt, LLC**<br>**2077B Lawrence Drive**<br>**De Pere, WI 54115** | | **6,350,000** | **Membership Units** |
| **Steve Huntington**<br>**6326 Arabian Way**<br>**Two Rivers, WI 54241** | | **100,000** | **Membership Units** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 10, 2016**                              Signature   **/s/ Stephen Smith**

                                                              **Stephen Smith**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Eastern District of Wisconsin**

In re    **Green Box NA Green Bay, LLC**       Case No.    **16-24179**

                       Debtor(s)       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 10, 2016**                  **/s/ Stephen Smith**

                                        **Stephen Smith**/**Manager**
                                        Signer/Title

```
Ability Insurance Company
One City Center
Portland, ME 04101

Advanced Resource Materials, LLC
A/K/A Crossgate Partners, LLC
7320 McGinnis Ferry Rd.
Suwanee, GA 30024

Anthem BCVS WI Group
PO Box 105163
Atlanta, GA 30348-5163

Attorney C.J. Murray
Counsel for Michael Polsky
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, WI 53202

Attorney John R. Petitjean
125 S. Jefferson S, Suite 101
PO Box 1626
Green Bay, WI 54305-1626

Attorney Michael Polsky
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, WI 53202

Baisch Engineering, Inc.
809 Hyland Avenue
Kaukauna, WI 54130

Brian Thill
Attorney at Law
P. O. 2038
Madison, WI 53701

Brittany Ogden
Attornet at Law
P. O. Box 2113
Madison, WI 53701

Brown County Treasurer
P.O. Box 23600
Green Bay, WI 54305

Cliffton Equities, Inc.
7200 Rue Hutchison, Ste 100
Monteal QU H3N 1Z2

E3 Consulting
221 Scenic Ridge Court
Colgate, WI 53017
```

EARTH (Environmental Advanced Research T
2077 B Lawrence Dr.
De Pere, WI 54115

Glenarbor Equipment, LLC
55 E. Eire St. Ste. 2304
Chicago, IL 60611

Glenarbor LLC
55 East Erie Street, Unit 2304
Chicago, IL 60611

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jonathan Smies
Attorney at Law
200 S. Washington St. Ste. 100
Green Bay, WI 54301

Little Rapids Corporation
Attn: Ron Thiry
2273 Larsen Rd.
Green Bay, WI 54303

Mackinac Environmental Technology, Inc.
300 Ferry Lane
Saint Ignace, MI 49781

Marco A. Araujo
2595 Development Dr, Ste 150
Green Bay, WI 54311

Michelle McKinnon
Attorney at Law
P. O. Box 54305-2300
Green Bay, WI 54305-3200

Paper Holdco, LLC
a/k/a Varde
160 Greenwood Dr. Ste 101
Dover, DE 19904

Patriot Tissue, LLC
2107 American Blvd.
De Pere, WI 54115

Ron Van Den Heuvel
2077B Lawrence
De Pere, WI 54115

Temployment
336 S Jefferson Street
Green Bay, WI 54305

Wisconsin Economic Development Corp.
201 W Washington Avenue
Madison, WI 53703